PER CURIAM.
Affirmed on the authority of Simmons v. United States, 390 U.S. 377, 88 S.Ct. 967, 19 L.Ed.2d 1247; Neil v. Biggers, 409 U.S. 188, 93 S.Ct. 375, 34 L.Ed.2d 401; Rivers v. State, Fla. 1969, 226 So.2d 337; Zerega v. State, Fla.1972, 260 So.2d 1; State v. Galasso, Fla.1968, 217 So.2d 326; State v. Jones, Fla. 1967, 204 So.2d 515.
MANN, C. J., HOBSON, J., and SCHWARTZ, ALAN R., Associate Judge, concur.